IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LORENDA SANDERS and
CECIL SANDERS,

      Plaintiffs,

v.                                            CIV No. 12-333 LH/RHS


UNITED STATES OF AMERICA,

      Defendant.


## FINAL JUDGMENT

In accordance with FED.R.CIV.P. 58(A), and consistent with the Stipulation of Dismissal

(ECF No. 34), wherein both parties have agreed to dismiss this entire action with prejudice, with

the parties to bear their own costs,

      **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE.**

_____
      **SENIOR UNITED STATES DISTRICT JUDGE**